# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

October 21, 2025

**BY ECF**

Honorable Arun Subramanian  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: Castelan v. S&N Arthur Avenue, Inc. et al.  
25-cv-6057 (AS)

Your Honor,

      Plaintiff and Defendants would respectfully request that the Court permit the Defendants until December 29, 2025 to move or respond to Plaintiff's Complaint. The parties also respectfully request that the October 23, 2025 deadline to submit a Joint letter, proposed Civil Case Management Plan and Scheduling Order be adjourned to a date in line with the adjourned deadline for Defendants to move or respond to Plaintiff's Complaint.

      The Defendants have produced what they purport to be a valid Arbitration Agreement, inter alia. Counsel for the parties are actively discussing the prospects of either settling this action or the merits of challenging the Arbitration Agreement.

      The parties mutually agree that having an additional period to discuss settlement would be a very efficient use of time and resources if the Court would so permit.

      This application is on consent.

**GRANTED IN PART.**

Defendants shall move or respond to plaintiff's complaint by **December 29, 2025**. The remote initial pretrial conference scheduled for October 29, 2025 is adjourned to **January 13, 2026** at **11:30 AM**. Same dial-in information. The Joint Letter, proposed Civil Case Management Plan, and Scheduling Order are due by **January 7, 2026**. No further extensions.

SO ORDERED.

*Arun Subramanian, U.S.D.J.*  
Date: October 23, 2025

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*