# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

January 7, 2025

**BY ECF**
Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Castelan v. S&N Arthur Avenue, Inc. et al.
25-cv-6057 (AS)

Your Honor,

Plaintiff and Defendants would respectfully request that the Court permit the parties to hold the case management statement in abeyance and to permit the parties the following briefing schedule in response to Defendant's motion to compel arbitration:

1. Plaintiff to oppose or consent to Defendants' motion on or before January 30, 2026

2. In the event Plaintiff opposes, Defendants to reply on or before February 13, 2026.

3. In the event Defendants withdraw their motion or the parties otherwise agree to proceed in federal court, the parties shall submit their joint letter and proposed case management order no later than January 30, 2026.

Plaintiff respectfully requests this period of time to accommodate the need to obtain sworn statements from Plaintiff, if necessary, to oppose the motion. Plaintiff has very limited skills with technology and requires careful in-person translation in order to prepare a declaration. The grounds for challenging the releases and arbitration agreement submitted by Defendants are very fact intensive and the undersigned would appreciate more time than usual to appropriately present the facts necessary to evaluate the circumstances under which these agreements were or were not executed.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.

36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

GRANTED.

Plaintiff's deadline to oppose or consent to defendants' motion is **January 30, 2026**.

If plaintiff opposes, defendants' deadline to reply is **February 13, 2026**.

If defendants withdraw their motion or the parties otherwise agree to proceed in federal court, the parties shall submit their joint letter and proposed case management order no later than **January 30, 2026**, and the remote initial pretrial conference will be held on **February 6, 2026**. Same time, same dial-in information. Accordingly, the remote initial pretrial conference previously scheduled for Tuesday, January 14, 2026 is hereby adjourned.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 8, 2026