

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

February 13, 2026

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:    ***Castelan v. S&N Arthur Avenue, Inc. et al.***
>      **Case No. 25-cv-6057 (AS)**

Dear Judge Subramanian,

Counsel for Defendants respectfully submit this letter-motion, pursuant to ¶ 3(E) of Your Honor's Individual Practices, requesting an adjournment of the Initial Pretrial Conference currently scheduled for February 20, 2026. The Initial Pretrial Conference was originally scheduled for February 6, 2026, but was adjourned, *sua sponte*, by the Court pursuant in light of Plaintiff's opposition to Defendants' motion to compel arbitration. This is Defendants' first request to adjourn or extend the Initial Pretrial Conference. Plaintiff's counsel, Colin Mulholland, consents to this request.

Good cause exists for the requested adjournment. Defendants' motion to compel arbitration is now fully submitted and pending before the Court. If the Court grants the motion to compel arbitration, an Initial Pretrial Conference will not be necessary. Accordingly, Defendants respectfully submit that judicial economy would be served by adjourning the Initial Pretrial Conference until after the Court issues its decision on the motion to compel.

The parties do not currently have a date scheduled for their next appearance before the Court, and there are no other existing deadlines that would be affected by this adjournment request. Defendants therefore respectfully request that the Initial Pretrial Conference be adjourned pending resolution of the motion to compel arbitration, or to a date convenient for the Court following its decision.

{01618220.DOCX.1}



We thank Your Honor for your consideration in this matter.

Respectfully yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Amanda M. Fugazy
Gregg M. Kligman
Anthony C. Vassallo

cc: All counsel of record (via ECF)

GRANTED in part. The Court hereby adjourns the remote initial conference until a date to be determined by the Court. (The Court will give the parties advance notice of when the conference is rescheduled).

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 24.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 17, 2026